# United States Bankruptcy Court
## Eastern District of Wisconsin, Milwaukee Division

In re **Connor Forest Management LLC**  
Debtor(s)

Case No. **2:21-bk-23637**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katie Connor**<br>**5062 US Highway 8**<br>**Laona, WI 54541** | **General Partner** | **50** | |
| **Robert Connor, II**<br>**5062 US Highway 8**<br>**Laona, WI 54541** | **General Partner** | **50** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 8, 2021**

Signature **/s/ Robert Connor**  
**Robert Connor**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.